LAWRENCE O'LOUGHLIN, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued March 4, 1889; decided March 19, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of June, 1887, which affirmed a judgment in favor of plaintiff, entered on a verdict.

*Edward Harris* for appellant.

*Quincey Van Voorhis* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.